```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
             CASE NO. 13-20563-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

KEVIN ESTEBAN OLIVERA and
LIZA MERCEDES LLERENA,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on October 15, 2013. A Report and Recommendation filed on October 24, 2013 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendants is adjudged guilty as Count One of th Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of November, 2013.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Goodman
        Counsel of Record
```